UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **AVALLONE ARCHITECTURAL SPECIALTIES, LLC** | **CIVIL ACTION NO. 22-cv-6153** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BLUE CORD DESIGN & CONSTRUCTION, LLC, ET AL** | **MAGISTRATE JUDGE HORNSBY** |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 14] previously filed herein, and having thoroughly reviewed the record, including the written Objection [Doc. No. 15] filed by Defendant Blue Cord Design & Construction, LLC, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that Blue Cord's Motion to Transfer [Doc. No. 5] is **DENIED**.

**THUS, DONE AND SIGNED** at Monroe, Louisiana, this the 18th day of April 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE